**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Donald W. Thornton**<br>      **Debtor**<br><br><br>**CSMC 2021-RPL4 Trust**<br>      **Movant**<br>**v.**<br><br>**Donald W. Thornton**<br><br>      **Debtor/Respondent**<br>**Blanca Neris**<br><br>      **Co Debtor/Respondent**<br>**KENNETH E. WEST, Esquire**<br><br>      **Trustee/Respondent** | **Bankruptcy No. 24-12380-djb**<br><br>**Chapter 13**<br><br>**Hearing Date: July 17, 2025**<br>**Hearing Time: 11:00 AM**<br>**Location: Courtroom 2, Robert N.C. Nix Sr. Federal Courthouse**<br>**900 Market Street, Suite 201**<br>**Philadelphia, PA 19107** |

**MOTION OF CSMC 2021-RPL4 Trust FOR RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR STAY TO PERMIT CSMC 2021-RPL4 TRUST TO FORECLOSE
ON 613 NORTHAMPTON ROAD, EAST NORRITON PENNSYLVANIA 19403**

Movant, CSMC 2021-RPL4 Trust, by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301}, for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Debtor(s), Donald W. Thornton filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on July 11, 2024.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

24-12380-djb<br>23-167831<br>MFR

3. On June 30, 2000, Donald W. Thornton and Co-Debtor, Blanca Neris, executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $138,550.00 to EquiCredit. A true and correct copy of the Note is attached hereto as Exhibit "A."

4. The Mortgage was recorded on August 8, 2000 in Book# 8743 and Page# 627 of the Public Records of Montgomery County, Pennsylvania.  A true and correct copy of the Mortgage is attached hereto as Exhibit "B."

5. The Mortgage was secured as a lien against the Property located at 613 Northampton Road, East Norriton, Pennsylvania 19403 ("the Property").

6. A loan modification was entered into on May 17, 2018, creating a new principal balance of $293,466.99. A true and correct copy of the Agreement is attached hereto as Exhibit "C."

7. The loan was lastly assigned to CSMC 2021-RPL4 Trust and same was recorded with the Montgomery County Recorder of Deeds on July 24, 2023, in Book 15788 and Page 02143. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "D."

8. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf.

9. Based upon the Debtor(s)' Second Amended Chapter 13 Plan (Docket No 22), Debtor intends to cure Secured Creditor's pre-petition arrearages within the Chapter 13 Plan and is responsible for maintaining post-petition payments directly to Secured Creditor.  A true

and correct copy of the Second Amended Chapter 13 Plan is attached hereto as Exhibit "E."

10. Co-Debtor(s), Blanca Neris, are liable on and/or has secured the aforementioned debt with the Debtor(s).

11. Debtor has failed to make the monthly payments of principal, interest, and escrow in the amount of $1,717.30 which came due on March 1, 2025, April 1, 2025 and May 1, 2025, respectively. See Exhibit "F."

12. Thus, Debtor(s)' post-petition arrearage totaled the sum of $5,151.90 minus $1,279.47 in suspense for total due amount of $3,872.43 through May 31, 2025.

13. As of May 19, 2025, the current unpaid principal balance due under the loan documents is approximately $272,102.21.   Movant's total claim amount, itemized below, is approximately $281,257.20. See Exhibit "F."

| | |
|---|---|
| Principal Balance | $272,102.21 |
| Interest | $9,936.13 |
| Escrow Advance | $671.74 |
| Suspense Balance | ($1,452.88) |
| Total to Payoff | $281,257.20 |

14. According to Debtor's Schedules, the value of the Property is $429,081.00.  A true and accurate copy of the Schedules A/B is attached hereto as Exhibit "G."

15. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay and Co-Debtor stay for "cause" which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the stay under Section 362(d)(1) and Co-Debtor stay pursuant to 11 U.S.C. § 1301 is established where a debtor has failed to make installment payments or payments due under a court-approved plan, on a secured

24-12380-djb
23-167831
MFR

debt, or where the Debtor(s) have no assets or equity in the Mortgaged Property.

16. As set forth herein, Debtor has defaulted on his/her/their secured obligation as he/she/they has/have failed to make his/her/their monthly post-petition installment payments.

17. As a result, cause exists pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successor and/or assignees to pursue its state court remedies, including the filing of a foreclosure action.

18. Additionally, once the stay is terminated, the Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

**WHEREFORE**, Movant, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 to permit CSMC 2021-RPL4 Trustto take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, to waive the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3), and for any such further relief as this Honorable Court deems just and appropriate.

Date: June 18, 2025

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com