**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Donald W. Thornton**<br>  **Debtor**<br><br>**CSMC 2021-RPL4 Trust**<br>  **Movant**<br><br>**v.**<br><br>**Donald W. Thornton**<br>  **Debtor/Respondent**<br><br>**Blanca Neris**<br>  **Co- Debtor/Respondent**<br><br>**KENNETH E. WEST, Esquire**<br> **Trustee/Respondent** | **Bankruptcy No. 24-12380-djb**<br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

## AND CO-DEBTOR STAY

AND NOW, this   day of   , 2025, upon consideration of CSMC 2021-RPL4 Trust's

Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301,

any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are

hereby unconditionally terminated with respect to CSMC 2021-RPL4 Trust; and it is further

ORDERED, that CSMC 2021-RPL4 Trust, its successors and/or assignees be entitled to

proceed with appropriate state court remedies against the property located at 613 Northampton

Road, East Norriton, PA 19403, including without limitation a sheriff's sale of the property, and

it is further

ORDERED that CSMC 2021-RPL4 Trust request to waive the 14-day stay period

pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted.

BY THE COURT

_____

Hon. Derek J Baker
U.S. Bankruptcy Court Judge

24-12380-djb
23-167831
MFR